# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com

June 17, 2021

BY ECF
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

6/17/21

John G. Koeltl, U.S.D.J.

Re: *United States v Dramion Coombs*, 21 Cr. 336 (JGK)

Your Honor:

I represent Dramion Coombs in the referenced matter, and am writing to request that he be given permission to travel on June 19, 2021. Mr. Coombs is currently residing in Pennslyania and the bond specifies that he is permitted to travel to New York only for court appearances and meetings with counsel. But Mr. Coombs would like to travel to Brooklyn on June 19th so he can assist his fiancé with the grand opening of their beauty parlor (where he hopes he may later work at regularly). Specifically, he asks to leave his residence in Pennsylvania at 11 a.m., travel to 725 Dumont Avenue in Brooklyn, New York, and return to his residence by 9 p.m.

Both the government and pretrial services consent to this application.

Respectfully submitted,

/s/
James E. Neuman