# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com

June 23, 2021

BY ECF
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Application granted.*
*So Ordered.*
*John G. Koeltl*
*U.S.D.J.*
*6/24/21*

Re: *United States v Dramion Coombs,* 21 Cr. 336 (JGK)

Your Honor:

I represent Dramion Coombs, who is currently residing in Pennslyania and permitted to travel to New York only for court appearances and meetings with counsel. This letter is submitted to request that he be given permission to travel tomorrow, June 24, 2021. The reason for this sudden request is to attend a funeral for his cousin in Manhattan. In order to attend the funeral (which begins at 3 p.m.), Mr. Coombs would need to leave his residence in Pennsylvania at 1 p.m., and could return to his residence by 7:30 p.m.

Both the government and pretrial services consent to this application.

Respectfully submitted,

/s/
James E. Neuman