UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

UNITED STATES OF AMERICA

    - against -                              21-cr-336 (JGK)

DRAMION COOMBS, ET AL.,               ORDER

            Defendants.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The conference scheduled for December 21, 2021 is adjourned to **February 7, 2022 at 4:30 p.m.**

    Because a continuance is needed to allow the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today, **December 20, 2021,** until **February 7, 2022,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
            December 20, 2021

                                      _____
                                      John G. Koeltl
                                    United States District Judge