# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com

February 11, 2022

BY ECF
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
2/11/22

Re: *United States v Dramion Coombs,* 21 Cr. 336 (JGK)

Your Honor:

      I represent Dramion Coombs and write to request a modification of the conditions of his release. Specifically, we ask that the condition of home detention be removed and replaced with a condition of curfew, with hours to be set at the discretion of Pretrial Services (and electronic monitoring to remain). The reason for this request is to enable Mr. Coombs, who resides in Pennsyvania, to travel to and work in New York City on an ongoing basis.

      Both the government and pretrial services consent to this application.

Respectfully submitted,

/s/
James E. Neuman