UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

DRAMION COOMBS, et al.,
                         Defendants.
-----------------------------------------------------------X

21 cr 336 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Monday, August 8, 2022, at 2:30pm**, before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **August 8, 2022** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                                  JOHN G. KOELTL
                                                  UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         June 25, 2022