United States District Court
Southern District of New York

---

UNITED STATES OF AMERICA

- against -

DRAMIAN COOMBS,

               Defendant.

21 Cr. 336 (JGK)

SPEEDY TRIAL ORDER

---

JOHN G. KOELTL, District Judge:

    As stated at today's conference, the next conference shall be held on **September 28, 2022 at 10:30 a.m.**

    In order to assure the effective assistance of counsel, and to allow the parties to discuss a disposition short of trial, the Court excludes the time from today until **September 28, 2022** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
            September 9, 2022

                                      John G. Koeltl
                                  United States District Judge