# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com

April 13, 2023

BY ECF
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v Dramion Coombs,* 21 Cr. 336 (JGK)

Your Honor:

I represent Dramion Coombs in the referenced case and write to request that his surrender date be postponed. Currently, he is scheduled to surrender to FCI Otisville on May 19, 2023. Mr. Coombs has informed me, however, that he would like to attend a graduation ceremony for his son on June 21, 2023. Accordingly, we ask that his surrender date be postponed until June 23, 2023. The government consents to this application.

Respectfully submitted,

/s/
James E. Neuman

APPLICATION GRANTED
SO ORDERED

4/24/23   John G. Koeltl, U.S.D.J.